**FILED**
MAY 3 0 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUNO CHOINIERE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0933 |
| ) | |
| SECRETARY OF THE DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED without prejudice, and it is

FURTHER ORDERED that Plaintiff's Motion for the Appointment of Counsel and "Motion to Enlarge the Number of Pages for the Attached Motion 42 C.F.R. §405.857" are DENIED as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 5/15/08

_____
United States District Judge