FILED

AUG 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Bruno Choiniere,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-933 (UNA) |
| ) | |
| **Secretary of the Dep't of Health and** ) | |
| **Human Services,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Plaintiff has filed a motion for reconsideration of this Court's dismissal without prejudice of his complaint for lack of subject matter jurisdiction. Plaintiff "clarifies" (Mot. at 1) that the relief he seeks from this Court is for a grant of "Summary Judgment" in his favor "overturning . . . plaintiff's conviction . . . since plaintiff is innocent, as a matter of law." (Mot. at 3.) The motion will be denied.

The plaintiff was tried, convicted, and sentenced in the United States District Court for the Northern District of Indiana. Federal law provides that a prisoner in custody under sentence imposed by a federal court may appeal that conviction and sentence by motion to the court that imposed the sentence. 28 U.S.C. § 2255(a). *See Taylor v. United States Board of Parole,* 194 F.2d 882, 883 (D.C. Cir. 1952) (attack on the constitutionality of the statute under which defendant was convicted and sentenced is properly pursued by motion under 28 U.S.C. § 2255); *Ojo v. Immigration & Naturalization Service,* 106 F.3d 680, 683 (5th Cir. 1997) (the sentencing court is the only court with jurisdiction to hear defendant's complaint regarding errors that

occurred before or during sentencing). This Court did not impose the plaintiff's sentence, and therefore has no jurisdiction to provide the relief plaintiff has clarified that he seeks. Accordingly, it is hereby

ORDERED that the plaintiff's motion for reconsideration be, and hereby is, DENIED.

Date: 8/14/08

United States District Judge